## SECRETARY CERTIFICATE

The undersigned, being the person designated to serve as the Secretary of Compressus, Inc., a Delaware corporation (the "Corporation"), for the purpose of certifying the attached resolutions of the board of directors of the Corporation (the "Board"), does hereby certify as follows:

1. I am the Secretary of the Corporation duly qualified and appointed by the Board for the purpose of certifying the attached resolutions of the Board and, as such, I am familiar with the facts herein certified, and I am duly authorized to certify the same on behalf of the Corporation.

2. Attached hereto as **Annex 1** is a true, correct and complete copy of resolutions duly adopted by the board of directors of the Corporation on March 29, 2015 (the "Resolutions").

3. The Resolutions have not been modified or rescinded and are in full force and effect.

IN WITNESS WHEREOF, the undersigned has executed and caused this certificate to be delivered as of March 29, 2015.

COMPRESSUS, INC.

By: _____
Name: John B. Macfarlane
Title: Acting Secretary