IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>COMPRESSUS, INC.,<br><br>           Debtor. | Chapter 11<br><br>Case No. 15-_____ (___)<br><br>Tax: I.D. 52-2307232 |

### CORPORATE OWNERSHIP STATEMENT

     Pursuant to rules 1007(a)(l) and 7007.1 of the Federal Rules of Bankruptcy Procedure, no corporation directly or indirectly owns 10% or more of any class of equity interests in Compressus, Inc.

     I, John B. Macfarlane, the person authorized and directed by the Board of Directors of Compressus, Inc. to be the signatory of the various documents in support of its voluntary chapter 11 bankruptcy petition, declare under penalty of perjury that I have read the foregoing Corporate Ownership Statement and that it is true and correct to the best of my information and belief.

Date: March 29, 2015

Signature: _____

Printed Name: John B. Macfarlane