IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Compressus, Inc.,<br><br>             Debtor | Chapter 11<br><br>Case No. 15-10670 (KJC) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Craig A. Wolfe, Esq. to represent Compressus, Inc. in this action.

March 30, 2015                       By: _____
                                                   Michael Busenkell (DE Bar No. 3933)
                                                   Gellert Scali Busenkell & Brown, LLC
                                                   913 N. Market Street, 10th Floor
                                                   Wilmington, DE 19801
                                                   Telephone: (302) 425-5812
                                                   Email: mbusenkell@gsbblaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York, Washington, D.C., and California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

March 30, 2015                    _____
                                          Craig A. Wolfe, Esq.
                                           Sheppard Mullin Richter & Hampton, LLP
                                           30 Rockefeller Plaza, 39th Floor
                                           New York, NY 10112
                                           Telephone: (212) 634-3071
                                           Email: cwolfe@sheppardmullin.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: March 30th, 2015                       KEVIN J. CAREY
Wilmington, Delaware                        UNITED STATES BANKRUPTCY JUDGE