## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| COMPRESSUS, INC., | Case No. 15-10670 (KJC) |
| Debtor. | Tax: I.D. 52-2307232 |

### DECLARATION CONCERNING DEBTOR'S LIST OF
### CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

I, John B. Macfarlane, the person authorized and directed by the Board of Directors of Compressus, Inc., the above-captioned debtor and debtor-in-possession, to be the signatory of the various documents in support of its voluntary chapter 11 bankruptcy petition, declares under penalty of perjury that I have reviewed the foregoing Consolidated List of Creditors Holding 20 Largest Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my knowledge, information belief.

Date:  March 29, 2015

Signature:
John B. Mcfarlane

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

In re COMPRESSUS, INC.,
Debtor.

Case No. 15-10670
Chapter 11_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| | *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to set off* | *Amount of claim, [if secured also state value of security]* |
| 1 | Susan K. Adams – PENSCO | Susan K. Adams 5 Laricola Ct. Henderson, NV 89011 | Unsecured Debt | Unliquidated[1] | $228,494.00 |
| 2 | Thomas D. Sledge & Elaine S. Eckert | Thomas D. Sledge & Elaine S. Eckert 11732 Spanish Lake Drive Tampa, FL 33635 | Unsecured Debt | Unliquidated | $227,740.00 |
| 3 | James Todd Elliott | James Todd Elliott 402 Westmount Avenue Columbia, MO 65203 | Unsecured Debt | Unliquidated | $311,781.00 |

[1] Certain of the amounts included in this list contain approximated interest accruals and other amounts and are thus listed as "unliquidated." The information is further based upon a review of the debtor's books and records without comprehensive legal and/or factual investigations with regard to possible defenses or counter-claims to the claims listed herein. Accordingly, this listing does not and should not be deemed to constitute: (1) a waiver of any defenses, counterclaim or offset to the claims listed herein; (2) an acknowledgment of the allowability of any of the claims listed herein; and/or (3) a waiver of any other right or legal position of the Debtor.

| 4. | John M. Falk | John M. Falk<br>1901 Pennsylvania Ave NW,<br>Ste 300<br>Washington, DC 20006-3405 | Unsecured Debt | Unliquidated | $250,000.00 |
|---|---|---|---|---|---|
| 5 | Robert F. Falls | Robert F. Falls<br>50 Public Square, Fl 25<br>Cleveland, OH 44113 | Unsecured Debt | Unliquidated | $70,423.57 |
| 6 | Robert F. Falls | Robert F. Falls<br>50 Public Square, Fl 25<br>Cleveland, OH 44113 | Unsecured Debt | Unliquidated | $140,630.14 |
| 7 | Robert F. Falls | Robert F. Falls<br>50 Public Square, Fl 25<br>Cleveland, OH 44113 | Unsecured Debt | Unliquidated | $55,956.16 |
| 8 | Donald L. Fierce | C/O Matthew G. Fierce<br>1615 N. Queen Street, #301<br>Arlington, VA 22209 | Unsecured Debt | Unliquidated | $311,370.00 |
| 9 | Matthew Gornet | Matthew Gornet<br>9900 Litzsinger Road<br>Ladue, MO 63124 | Unsecured Debt | Unliquidated | $346,164.00 |
| 10 | The Stanton D. Gordon and Alice Ross-Gordon Revocable Living Trust | Alice Ross-Gordon Trustee<br>41 Via Paradiso St.<br>Henderson, NV 89011 | Unsecured Debt | Unliquidated | $324,178.00 |
| 11 | IBM Corporation | Andre Tremedis<br>Embedded SW Sales<br>Manager - East<br>IBM<br>2 Jericho Plaza<br>Jericho, NY 11753 | Unsecured Debt | Unliquidated | Undetermined |
| 12 | James C. Justice, II | James C. Justice, II<br>208 Dwyer Lane<br>Lewisburg, VA 24901 | Unsecured Debt | Unliquidated | $1,317,808.00 |
| 13 | J.J., a minor child<br>By James C. Justice, II,<br>guardian. | James C. Justice, II<br>208 Dwyer Lane<br>Lewisburg, VA 24901 | Unsecured Debt | Unliquidated | $658,904.00 |
| 14 | J.J., a minor child<br>By James C. Justice, II,<br>guardian. | James C. Justice, II<br>208 Dwyer Lane<br>Lewisburg, VA 24901 | Unsecured Debt | Unliquidated | $658,904.00 |
| 15 | Michael P. Kelly | Michael P. Kelly<br>5 Windswept Lane<br>Wilmington, DE 19807-1740 | Unsecured Debt | Unliquidated | $112,690.41 |

| 16 | Michael P. Kelly | Michael P. Kelly<br>5 Windswept Lane<br>Wilmington, DE 19807-1740 | Unsecured Debt | Unliquidated | $160,767.12 |
|---|---|---|---|---|---|
| 17 | Lincoln Trust Company FBO Myron Patten | C/O David Patten<br>108 Dong 1004 Ho<br>Doosan We've Apartment<br>Jangsari, Keumsanmyeon<br>Jinju, Kyeongsangnamdo<br>South Korea | Unsecured Debt | Unliquidated | $179,078.39 |
| 18 | Patten Family Trust, Myron P. Patten TTEE | C/O David Patten<br>108 Dong 1004 Ho<br>Doosan We've Apartment<br>Jangsari, Keumsanmyeon<br>Jinju, Kyeongsangnamdo<br>South Korea | Unsecured Debt | Unliquidated | $128,684.93 |
| 19 | Randall G. Pence | Randall G. Pence<br>3104 Worthington Circle<br>Falls Church, VA 22044 | Unsecured Debt | Unliquidated | $361,700.00 |
| 20 | Robin H. Pence or Randall G. Pence, JTWROS | Robin H. Pence, JTWROS<br>3104 Worthington Circle<br>Falls Church, VA 22044 | Unsecured Debt | Unliquidated | $361,700.00 |
| 21 | Jerome J. Schlichter | Jerome J. Schlichter<br>32 Portland Place<br>St. Louis, MO 63108 | Unsecured Debt | Unliquidated | $186,205.48 |
| 22 | Jerome J. Schlichter | Jerome J. Schlichter<br>32 Portland Place<br>St. Louis, MO 63108 | Unsecured Debt | Unliquidated | $123,753.42 |
| 23 | Carl E. Simpson | Carl E. Simpson<br>440 Island View Drive<br>Penhook, VA 24137 | Unsecured Debt | Unliquidated | $326,159.00 |
| 24 | Linda B. Simpson | Linda B. Simpson<br>440 Island View Drive<br>Penhook, VA 24137 | Unsecured Debt | Unliquidated | $326,159.00 |
| 25 | Robert L. Smith | Robert L. Smith<br>14 Placa De Rei Ct<br>Henderson, NV 89011 | Unsecured Debt | Unliquidated | Undetermined |
| 26 | Remy W. Trafalet | Remy W. Trafalet<br>590 Madison Avenue<br>26th Floor<br>New York, NY 10022 | Unsecured Debt | Unliquidated | $800,000.00 |

| 27 | Zapolsky Family, LLC | Jeffrey H. Zapolsky, MD<br>PO Box 900<br>Rangeley, ME 04970 | Unsecured Debt | Unliquidated | $118,038.00 |
|---|---|---|---|---|---|
| 28 | Zapolsky Family, LLC | Jeffrey H. Zapolsky, MD<br>PO Box 900<br>Rangeley, ME 04970 | Unsecured Debt | Unliquidated | $120,067.00 |