IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>COMPRESSUS, INC.,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10670-KJC<br>Jointly Administered |

## VERIFIED STATEMENT OF MORRIS JAMES LLP
## PURSUANT TO FED. R. BANKR. P. 2019(a)

Pursuant to Fed. R. Bankr. P. 2019(a), I, Jeffrey R. Waxman, state that I am a partner in the firm of Morris James LLP ("Morris James"). Morris James hereby makes this verified statement of Morris James' representation of eight employees (the "Employees") of Compressus, Inc. (the "Debtor") in the above-captioned bankruptcy case (the "Case").

1. The following Employees each retained Morris James on or about April 7, 2015:

| Bob Adams<br>19 Woodland Drive<br>Seaford, DE 19973 | Carmella Crockett<br>7546 8th Street NW<br>Washington, DC 20012 | Igor Meltser<br>2112 White Oak Drive<br>Northbrook, IL 60062 |
|---|---|---|
| Bernadette Baclig<br>1534 Baronet Place<br>Fullerton, CA 92833 | Albert Hernandez<br>15225 Columbus Sq.<br>Tustin CA, 92782 | James Way<br>P.O. Box 282<br>Eagles Mere, PA 17731 |
| Gregg Cohen<br>12012 Primrose Lane<br>Frisco, TX 75035 | Simon Liao<br>3114 Greenacre Road<br>Chino Hills, CA 91709 | |

The Employees have not yet determined the amounts of their claims in the Case, however each of the Employees expect to have significant unsecured claims in addition to priority claims in the maximum amount permitted under Section 507(a)(4) of the Bankruptcy Code. Additionally, because of each of the Employees continues to be employed by the Debtor, each of the Employees will have an administrative expense pursuant to Section 503(b) of the Bankruptcy Code.

7717210/

2. Morris James has advised the Employees with respect to these concurrent representations. The Employees each have (a) consented to such representation, and (b) requested that Morris James represent them in this Case.

3. Morris James does not own, nor has it ever owned, any claims against the Debtor or any interests in the Debtor.

4. The filing of the Verified Statement of Morris James LLP Pursuant to Fed. R. Bankr. P. 2019(a) is not intended to waive any rights, actions, defenses, reclamations, setoffs, or recoupments to which the Employees are or may be entitled under any agreements, in law or in equity, all of which rights, claims, actions, defenses, reclamations, setoffs, and recoupments the Employees expressly reserve.

Dated: April 13, 2015

**MORRIS JAMES LLP**

_____
Jeffrey R. Waxman (No. 4159)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750

Sworn to and subscribed before me this 13th day of April 2015.



_____
Notary Public
My Commission Expires:

7717210/

2